# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia A. Conner<br>                Debtor(s)<br><br>Quicken Loans Inc.<br>                Movant<br>     vs.<br><br>Patricia A. Conner<br>                Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>                Trustee | CHAPTER 13<br><br><br><br><br>NO. 15-04537 RNO<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief from Stay of Quicken Loans Inc., which was filed with the Court on or about March 4, 2019.

                                                     Respectfully submitted,

                                                     **/s/ James C. Warmbrodt, Esquire**
                                                     James C. Warmbrodt, Esquire
                                                     Attorney I.D. No.42524
                                                     KML Law Group, P.C.
                                                     701 Market Street, Suite 5000
                                                     Philadelphia, PA 19106-1532
                                                     (215) 627-1322
                                                     jwarmbrodt@kmllawgroup.com
                                                   Attorney for Movant/Applicant

March 20, 2019