United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Patricia A Conner  
    Debtor(s)

Case No. 15-04537-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 01, 2020      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A Conner, 3318 White Deer Pike, New Columbia, PA 17856-9261 |
| 4711397 | | ATIRACREDIT MASTERCARD, PO BOX 10415, DES MOINES, IA 50306-0415 |
| 4711398 | | BOSCOV'S, PO BOX 71106, CHARLOTTE, North Carolina 28272-1106 |
| 4711402 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, HOME DEPOT CREDIT SERVICES, PO BOX 182676, COLUMBUS, OH 43218-2676 |
| 4711405 | | KOST TIRE & AUTO SERVICE, CREDIT FIRST N.A., PO BOX 81344, CLEVELAND, OH 44188-0344 |
| 4711409 | | QUICKEN LOANS INC, PO BOX 6577, CAROL STREAM, IL 60197-6577 |
| 4711420 | + | RHEAM LAW, P.C., 533 NORTH DERR DRIVE, LEWISBURG, PA 17837-1001 |
| 4711411 | + | SANTANDER CARD SERVICES, PO BOX 12768, READING, PA 19612-2768 |
| 4711414 | | SUNOCO, INC, PO BOX 689155, DES MOINES, Iowa 50368-9155 |
| 4759439 | + | TMG Financial Services, PO Box 14542, Des Moines, IA 50306-3542 |
| 4711416 | | UNION PLUS CREDIT CARD, PO BOX 71104, CHARLOTTE, NC 28272-1104 |
| 4711417 | | VALERO, DSRM NATIONAL BANK, PO BOX 300, AMARILLO, TX 79105-0300 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4711399 | | EDI: RMSC.COM | Dec 02 2020 00:13:00 | CARE CREDIT/SYNCHRONY BANK, PO BOX 960061, ORLANDO, Florida 32896-0061 |
| 4738992 | + | Email/Text: bncmail@w-legal.com | Dec 01 2020 19:20:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4733388 | + | EDI: CRFRSTNA.COM | Dec 02 2020 00:13:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 4711400 | | EDI: DISCOVER.COM | Dec 02 2020 00:13:00 | DISCOVER, PO BOX 71084, CHARLOTTE, North Carolina 28272-1084 |
| 4717145 | + | EDI: DISCOVER.COM | Dec 02 2020 00:13:00 | Discover Bank, Discover Products Inc, POB 3025, New Albany Ohio 43054-3025 |
| 4711403 | + | Email/Text: bankruptcy@huntington.com | Dec 01 2020 19:20:00 | HUNTINGTON NATIONAL BANK, 2361 MORSE ROAD, COLUMBUS, OH 43229-5856 |
| 4711404 | | Email/Text: assetrecovery@jerseyshorefcu.org | Dec 01 2020 19:19:00 | JERSEY SHORE FEDERAL CREDIT UNION, 1434 NEW ROAD, NORTHFIELD, NJ 08225 |
| 4711413 | | EDI: JPMORGANCHASE | Dec 02 2020 00:13:00 | SLATE FROM CHASE, PO BOX 15123, WILMINGTON, Delaware 19850-5123 |
| 4711406 | | EDI: RMSC.COM | Dec 02 2020 00:13:00 | LOWES/SYNCHRONY BANK, PO BOX 530914, ATLANTA, Georgia 30353-0914 |
| 4750482 | + | EDI: MID8.COM | Dec 02 2020 00:13:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4711407 | | EDI: AGFINANCE.COM | | |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Dec 02 2020 00:13:00 | ONEMAIN FINANCIAL, PO BOX 183172, COLUMBUS, Ohio 43218-3172 |
| 4743505 | EDI: PRA.COM | Dec 02 2020 00:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4711408 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 01 2020 19:20:00 | QUICKEN LOANS INC, 1050 WOODWARD AVE, DETROIT, MI 48226-1906 |
| 4726049 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 01 2020 19:20:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 4711410 | EDI: RMSC.COM | Dec 02 2020 00:13:00 | SAM'S CLUB/SYNCHRONY BANK, PO BOX 530942, ATLANTA, GA 30353-0942 |
| 4711412 | EDI: CITICORP.COM | Dec 02 2020 00:13:00 | SEARS CREDIT CARDS, PO BOX 183082, COLUMBUS, Ohio 43218-3082 |
| 4711415 | EDI: WTRRNBANK.COM | Dec 02 2020 00:13:00 | TARGET CARD SERVICES, PO BOX 660170, DALLAS, Texas 75266-0170 |
| 4740160 | + Email/Text: bncmail@w-legal.com | Dec 01 2020 19:20:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4714142 | + Email/Text: bankruptcy@huntington.com | Dec 01 2020 19:20:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4711401 | * | DISCOVER, PO BOX 71084, CHARLOTTE, North Carolina 28272-1084 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2020       Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Daniel J. Rheam | on behalf of Debtor 1 Patricia A Conner court@rheamlaw.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |

| | |
|---|---|
| John F Goryl | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Thomas I Puleo | on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Patricia A Conner<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2075<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:15–bk–04537–RNO | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patricia A Conner

12/1/20

**By the court:** Robert N. Opel II
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W  **Chapter 13 Discharge**  page 1

Case 4:15-bk-04537-RNO   Doc 33   Filed 12/03/20   Entered 12/04/20 00:35:12   Desc
Imaged Certificate of Notice   Page 4 of 5

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**