United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 15-04537-RNO
Patricia A Conner     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 14, 2021     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

**Recip ID**     **Recipient Name and Address**
db     + Patricia A Conner, 3318 White Deer Pike, New Columbia, PA 17856-9261

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

**Name**     **Email Address**

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

Daniel J. Rheam
    on behalf of Debtor 1 Patricia A Conner court@rheamlaw.com

James Warmbrodt
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

John F Goryl
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

Joshua I Goldman
    on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com
    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Rebecca Ann Solarz

|  |  |
|---|---|
|  | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Thomas I Puleo |  |
|  | on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee |  |
|  | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patricia A Conner,                                   Chapter        13

**Debtor 1**

                                                     Case No.       4:15−bk−04537−RNO

Social Security No.:
       xxx−xx−2075

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  January 14, 2021                              By the Court,

                                                      Honorable Robert N. Opel, II
                                                      United States Bankruptcy Judge
                                                      By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (10/20)