| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Patricia A. Conner |
| | First Name — Middle Name — Last Name |
| Debtor 2 (Spouse, if filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case Number: | 15-04537-RNO |

Form 1340 (12/23)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $3,337.79 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728<br>admin@dilksknopik.com |

### 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
TMG Financial Services

☒ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☒ Applicant is the Claimant.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| 4. Supporting Documentation |
|---|
| ☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application. |

| 5. Notice to United States Attorney |
|---|
| ☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:<br><br>Office of the United States Attorney<br>Middle District of Pennsylvania<br>William J Nealon Federal Bldg & Courthouse<br>235 N Washington Ave, Ste 311<br>Scranton, PA 18503 |

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.<br><br>Date: August 6, 2025<br><br>*[signature]*<br>Signature of Applicant<br>Brian J Dilks – Member<br>Dilks & Knopik, LLC<br><br>35308 SE Center Street<br>Snoqualmie, WA 98065<br>428-836-5728<br>admin@dilksknopik.com | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.<br><br>Date: _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br>Address:<br><br>Telephone:<br><br>Email: |

| 7. Notarization | 7. Notarization |
|---|---|
| STATE OF <u>WASHINGTON</u><br><br>COUNTY OF <u>KING</u><br><br>This Application for Unclaimed Funds, dated <u>August 6, 2025</u> was subscribed and sworn to before me this <u>6th</u> day of <u>August</u>, 20<u>25</u> by <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)       Notary Public: *[signature]*<br>                                <u>Matthew Zettley</u><br><br>My commission expires: <u>February 19, 2026</u><br><br>*[Notary seal: MATTHEW ZETTLEY, NOTARY PUBLIC #197679, STATE OF WASHINGTON, COMMISSION EXPIRES FEBRUARY 19, 2026]* | STATE OF _____<br><br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20__ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br>(SEAL)       Notary Public_____<br><br>My commission expires: |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Patricia A. Conner

Bankruptcy Case No.: 15-04537-RNO

Chapter No.: 13

**CERTIFICATE OF SERVICE**

On <u>August 6, 2025</u> a copy of the *Application for Payment of Unclaimed Funds* and supporting documents were sent by United States Postal Service First-Class Mail (postage paid) to:

> Office of the United States Attorney
> Middle District of Pennsylvania
> William J Nealon Federal Bldg & Courthouse
> 235 N Washington Ave, Ste 311
> Scranton, PA 18503

And, if applicable, to the Previous Owner(s) of the Claim listed here:

TMG Financial Services
Owner of Record
7745 Office Plaza Dr N
Ste 170
West Des Moines, Iowa 50266

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: <u>August 6, 2025</u>

Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728
admin@dkllc.com