| | |
|---|---|
| In re: | Case No. 15-04537-MJC |
| Patricia A Conner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: cmecf@dilksknopik.com | Sep 04 2025 18:43:00 | Dilks & Knopik, LLC,, 35308 SE Center Street, Snoqualmie, WA 98065-9216 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Daniel J. Rheam | on behalf of Debtor 1 Patricia A Conner court@rheamlaw.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Quicken Loans Inc. josh.goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Rebecca Ann Solarz | |

on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

Thomas I Puleo

on behalf of Creditor Quicken Loans Inc. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Patricia A. Conner | Chapter: | 13 |
|---|---|---|
| Debtor 1 | Case No.: | 4:15-bk-04537-MJC |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On August 12, 2025, an application was filed for the Claimant(s), Dilks & Knopik, LLC, as Successor Claimant to TMG Financial Services, for the payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. §347(a), Doc. 39 ("Application"). After a hearing held on September 4, 2025, and the Application and supporting documentation having established that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. §2042, the sum of $3,337.79 held in unclaimed funds be made payable to Dilks & Knopik, LLC, and disbursed to the payee at the following address:

35308 SE Center Street, Snoqualmie, WA 98065

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 4, 2025